UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METH POEUNG, d/b/a SAMMY'S AUTO,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME JUDICIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendant. | Civil Action No. 19-10130-LTS |

ORDER

March 8, 2019

SOROKIN, D.J.

In an order dated February 19, 2019 [ECF #5], the Court denied without prejudice the plaintiff's motion for leave to proceed in forma pauperis. The Court ordered the plaintiff, who is represented by counsel, to pay the filing fee or file a renewed motion for leave to proceed in forma pauperis. The Court warned the plaintiff that failure to comply with the order within fourteen days would result in dismissal of the action.

The time period for complying with the Court's order has expired without any response from the plaintiff or his counsel. Accordingly, the Court orders that this action be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

                                                                             /s/ Leo T. Sorokin
                                                                             UNITED STATES DISTRICT JUDGE